**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KATHLEEN H. HOFSTROM, | ) | NO. CV 12-2194-AS |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| CAROLYN W. COLVIN,<br>Acting Commissioner of the<br>Social Security Administration, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: April 17, 2014.

/s/
_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE